# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

v                                4:09-CR-00163(1-3)-BRW

GARRET SORENSEN, *et al.*

*******************************

STEPHEN L. LaFRANCE HOLDINGS, INC., *et al.*                    PLAINTIFFS

UNITED STATES OF AMERICA                    INTERVENOR

v.                                4:11-CV-00807-BRW

GARRET SORENSEN, *et al.*                    DEFENDANTS

## ORDER

Plaintiff's counsel, Mr. Solomon and Mr. Martin, are directed to file an expedited

response to Defendant's Second Supplement to Rule 37 Motion and Incorporated Brief,[1] that is,

by 1 p.m., tomorrow, Thursday, November 10, 2011 -- if they wish to respond at all.

Mr. Solomon should state whether he his responding as a "material witness" or as a

lawyer representing a party.

IT IS SO ORDERED this 9th day of November, 2011.

                                        /s/ Billy Roy Wilson
                                        UNITED STATES DISTRICT COURT

---

[1]Doc. No. 22 in Case No. 4:11-CV-00807-BRW.