# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**UNITED STATES OF AMERICA**

**v**                                    **4:09-CR-00163(1-3)-BRW**

**GARRET SORENSEN,** *et al.*

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**STEPHEN L. LaFRANCE HOLDINGS, INC.,** *et al.*                    **PLAINTIFFS**

**UNITED STATES OF AMERICA**                                          **INTERVENOR**

**v.**                                    **4:11-CV-00807-BRW**

**GARRET SORENSEN,** *et al.*                                         **DEFENDANTS**

### ORDER

In review my letter of November 7, 2011, I note the word "fearlessly" appears in

paragraph 9. As the parties know, I dictated this letter over the phone as I was driving back to

Arkansas from a trip out of state. The word should have been "perilously."

IT IS SO ORDERED this 9th day of November, 2011.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT COURT