# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

v.                               4:09-CR-00163-01 BRW

GARRETT SORENSEN, *et al.*

## ORDER

I assessed the penalty against the Prosecution that I deemed appropriate under all of the circumstances, and do not intend to take additional action. Accordingly, Defendant's Motion for Sanctions (Doc. Nos. 184, 185) is DENIED.

As stated earlier, I might allow questioning of a witness about the deposition maneuvers under a spoliation theory; but I would have to be fully advised as to the premises re the law, and I am not yet fully advised in the premises.

IT IS SO ORDERED this 15th day of March, 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE