UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM A403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**March 29, 2012**

Mr. Floyd Clardy, III
Dedman & Handschuch, PLLC
12225 Greenville Avenue, Suite 202
Dallas, TX 75243

Mr. Ted Boswell
Mr. John Ellis
Boswell Law Firm
Post Office Box 798
Bryant, AR 72089-0798

Mr. Jack T. Lassiter
Ms. Erin Cassinelli
Lassiter & Cassinelli
813 West Third Street
Little Rock, AR 72201

Mr. Charles A. Banks
Banks Law Firm, PLLC
Post Office Box 251310
Little Rock, AR 72225-1310

Ms. Patricia Sievers Harris
Ms. Angela S. Jegley
U. S. Attorney's Office - Little Rock
Post Office Box 1229
Little Rock, AR 72203-1229

      Re:    *United States v. Sorensen, et al.*, 4:09-CR-00163-BRW

It's just over a month before this case goes to trial.

Because of the estimated length of the trial and the publicity this case got, I am bringing in 90 potential jurors. We will have 3 alternates. The Prosecution will have 1 strike re: alternates; each Defendant will have 1 strike re: alternates.

Do the parties still anticipate needing 4 weeks to try the case? Come now!

Are there any pretrial matters (other than Garret Sorensen's Motion for Hearing on Admissibility of Evidence of Other Crimes) that need to be addressed? If so, file your motions by 5 p.m., Tuesday,

April 10, 2012, and responses will be due by 5:00 p.m., Tuesday, April 17, 2012. The April 10 deadline is 1 week earlier than set out in the Pretrial Order for Criminal Cases,[1] but that is necessary in this multi-defendant case.

Garret Sorensen has designated Liles Henry as an expert witness, and at the same time pointed out Mr. Henry's health issues. Is another expert going to be designated? I doubt I would continue the trial if Mr. Henry is not available.

If the parties can agree, I would like to have a list of exhibits and potential witnesses. I realize that my authority to request this is very limited. But see *United States v. Roger Lane White*, 750 F.2d 726 (8th Cir. 1984).

Your agreed-upon jury instructions are due 10 days before trial. Include a statement of the case for *voir dire*. Also, because the Superseding Indictment is 19 pages long, I plan on giving a summary of the case in opening instruction one. Include an agreed-upon summary if you can. If you can't agree on instructions and a summary, you are <u>directed</u> to submit your proposed instructions and summary. Please note "directed" vice "requested."

Does any other party want a pretrial hearing? If so, why? I'll probably have one if requested. I will grant Garret Sorensen's motion for a 404(b) hearing -- the date and time will be set after I've heard if there are other issues to be heard pretrial.

                                            Cordially,

                                            /s/ Billy Roy Wilson

Original to the Clerk of the Court

---

[1] Doc. No. 12.