IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                              4:09-CR-00163-BRW

GARRET SORENSEN
KATHERINE SORENSEN
SHANNON WALTERS

## PROTECTIVE ORDER

The Court hereby orders that any and all medical records obtained in this matter by way of subpoena be kept confidential and not be disclosed to the general public without authorization from the Court.

IT IS SO ORDERED this 20th day of April, 2012.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE