IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                  4:09-CR-00163 BRW

GARRET SORENSEN, *et al.*

## ORDER

To summarize the pre-trial hearing held on April 25, 2012:

1. Each party will have 30 minutes for voir dire and 30 minutes for an opening statement. If there are any questions that the lawyers want me to ask during voir dire, submit those questions by 12:00 noon, Monday, April 30, 2012.

2. The Prosecution apparently has subpoenaed members of Defendants' families to testify at trial. The Prosecution must, by 12:00 noon, Tuesday, May 1, 2012, identify those family members that it will release from the Rule.

3. The Prosecution must give Defendants Ms. Cheryl Shuffield's expert report in Excel, or a similar format; Defendants must provide the Prosecution with the reports of Mr. Liles Henry and Mr. Chris Johnson in Excel or another similar format. This exchange must take place by 12:00 noon, Friday, April 27, 2012 -- earlier if possible.

4. The FBI 302s provided by the Prosecution for *in camera* review will be placed in the record under seal. It appears to me that there is no *Brady* or *Giglio* information in the 302s.

5. Unless Defendants can cite authority that causes me to change my mind, no expert will be allowed to testify as to what good investigations, or bad investigations, took place in this case.

6. I reserved ruling on the Prosecution's Motion in Limine (Doc. No. 215) in connection with USA Drug's commercial crime insurance policy and claim. Defendants were directed to provide citations to authority addressing hearsay within a business record. The parties agreed that the USA Drug "file" in connection with the insurance claim would be produced to me before trial. Those documents are to be submitted by 12:00 noon, Friday, April 27, 2012.

7. It seems to me that the 2005, 2006, and 2007 tax returns are admissible, but I reserve ruling on this until the returns are tendered -- I will hear arguments then.

8. Defendant Garret Sorensen's Motion in Limine (Doc. No. 216) is GRANTED to the extent that I will not allow pictures of the Sorensen's home to be introduced into evidence. The other relief requested in the Motion is DENIED.

9. Defendant Garret Sorensen's Motion to Quash (Doc. No. 283) is DENIED. Whether Ms. Donna Holloway will testify depends on developments at trial. Likewise as to whether the involved sticky note will be admitted.

10. I denied Defendants' renewed request to allow a subpoena for medical records that is broader in time than that originally requested -- apparently, the renewed request is premature since a subpoena for the desired records is still outstanding.

IT IS SO ORDERED this 26th day of April, 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE