IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                      4:09-CR-00163-02-BRW
                        4:09-CR-00163-03-BRW

**GARRET SORENSEN,** *et al.*

## ORDER

The Government's oral Motion to dismiss the Superseding Indictment as to Defendants Katherine Sorensen and Shannon Walters is GRANTED.

IT IS SO ORDERED this 2nd day of May, 2012.

                                             /s/ Billy Roy Wilson
                                             UNITED STATES DISTRICT JUDGE